ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    Email: maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-00471 WHO |
| Plaintiff, | JOINT STIPULATION EXCLUDING TIME FROM FEBRUARY 1, 2024 TO APRIL 4, 2024; [PROPOSED] ORDER |
| v. | |
| KEITH LATTERI, | |
| Defendant. | |

## JOINT STIPULATION

The defendant, Keith Latteri, represented by Eric Nemecek, Esq., and the government, represented by Maia Perez, Assistant United States Attorney, respectfully request that a time exclusion order be issued that would exclude time under the Speedy Trial Act from February 1, 2024, through April 4, 2024, to permit the parties the reasonable time necessary for effective preparation.

The reason for the request to exclude time is that the government is preparing discovery for the defense's review, and the parties are working on a protective order for certain discovery. Accordingly, the parties hereby stipulate that the time from February 1, 2024, through April 4, 2024, should be excluded from the period of time within which the defendant's trial must commence pursuant to the

Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: February 1, 2024

/s/
MAIA T. PEREZ
Assistant United States Attorney

Dated: February 1, 2024

/s/
ERIC NEMECEK
Counsel for Keith Latteri

[PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the time from February 1, 2024, through April 4, 2024, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 1, 2024, through April 4, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: _____                    _____

HON. WILLIAM H. ORRICK
United States District Judge