1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney

5 |     150 Almaden Blvd., Suite 900
    San Jose, California 95113

6 |     Telephone: (408) 535-5061
    Facsimile: (408) 535-5066

7 |     Email: maia.perez@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    )   CASE NO. 23-CR-00471 WHO
    )

15 |     Plaintiff,    )   JOINT STIPULATION EXCLUDING TIME FROM
    )   FEBRUARY 1, 2024 TO APRIL 4, 2024;

16 |    v.    )   ORDER
    )

17 | KEITH LATTERI,    )
    )

18 |     Defendant.    )
    )

19

20 | <u>JOINT STIPULATION</u>

21 |     The defendant, Keith Latteri, represented by Eric Nemecek, Esq., and the government,

22 | represented by Maia Perez, Assistant United States Attorney, respectfully request that a time exclusion

23 | order be issued that would exclude time under the Speedy Trial Act from February 1, 2024, through

24 | April 4, 2024, to permit the parties the reasonable time necessary for effective preparation.

25 |     The reason for the request to exclude time is that the government is preparing discovery for the

26 | defense's review, and the parties are working on a protective order for certain discovery.  Accordingly,

27 | the parties hereby stipulate that the time from February 1, 2024, through April 4, 2024, should be

28 | excluded from the period of time within which the defendant's trial must commence pursuant to the

JOINT STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
23-CR-00471 WHO

1  Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the

2  exercise of due diligence.  Furthermore, the parties stipulate that the ends of justice served by granting

3  the request outweigh the best interest of the public and the defendant in a speedy trial.

4                                                          Respectfully submitted,

5                                                          ISMAIL J. RAMSEY
                                                           United States Attorney
6

7
   Dated: February 1, 2024                                _____/s/_____
8                                                          MAIA T. PEREZ
                                                           Assistant United States Attorney
9

10

11
   Dated: February 1, 2024                                _____/s/_____
12                                                         ERIC NEMECEK
                                                           Counsel for Keith Latteri
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
23-CR-00471 WHO

2

Case 3:23-cr-00471-WHO   Document 20   Filed 02/05/24   Page 3 of 3

1

2                                    ORDER

3        Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS

4    that the time from February 1, 2024, through April 4, 2024, should be excluded from the period of time

5    within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow

6    counsel sufficient time to effectively prepare, taking into account the exercise of due diligence.  18

7    U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

8    from February 1, 2024, through April 4, 2024, from computation under the Speedy Trial Act outweigh

9    the best interests of the public and the defendant in a speedy trial.

10

11        IT IS SO ORDERED.

12

13

14   DATED:  February 5, 2024        _____

15                                   HON. WILLIAM H. ORRICK
                                     United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
23-CR-00471 WHO

3