ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7200
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 23-CR-00471 WHO (AGT) |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING HEARING AND EXCLUDING TIME FROM APRIL 4, 2024 TO MAY 9, 2024 AND [PROPOSED] ORDER |
| v. | |
| KEITH LATTERI (2), | |
| Defendant. | |

## STIPULATION

The defendant, Keith Latteri, represented by Eric Nemecek, Esq., and the United States, represented by Nikhil Bhagat, Assistant United States Attorney, hereby stipulate and agree that the initial appearance in the above-captioned matter currently scheduled before the Honorable Alex G. Tse on April 4, 2024, be continued to May 5, 2024 before the duty magistrate judge. The parties also stipulate that the Court should exclude time under the Speedy Trial Act from April 4, 2024 through and including May 5, 2024, to permit the parties the reasonable time necessary for effective preparation.

Mr. Latteri resides in and was arrested in the Northern District of Ohio, where he had an initial appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure and was released subject to certain conditions. Initial discovery has been produced to counsel for the defendant, pursuant to a

1  protective order, and the government is in the process of producing additional discovery to counsel for
2  the defendant. Counsel for the defendant is in the process of reviewing discovery with the defendant,
3  subject to the restrictions of the protective order, and the parties are in active discussions about a
4  possible resolution.
5      In light of the foregoing, the parties hereby stipulate that Mr. Latteri's appearance before the
6  duty magistrate judge should be continued to May 9, 2024, and that the time from April 4, 2024, through
7  May 9, 2024, should be excluded from the period of time within which the defendant's trial must
8  commence pursuant to the Speedy Trial Act in order to allow counsel for the defendant sufficient time to
9  effectively prepare, taking into account the exercise of due diligence, and that the ends of justice served
10 by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: April 2, 2024                    /s/
                                     NIKHIL BHAGAT
                                     Assistant United States Attorney


Dated: April 2, 2024                    /s/
                                     ERIC NEMECEK
                                     Counsel for Keith Latteri

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that, as to defendant Keith Latteri, the appearance currently scheduled for April 4, 2024 at 10:30 a.m. before the Honorable Alex G. Tse is continued to May 9, 2024 at 10:30 a.m. before the Honorable Sallie Kim in Courtroom C, 15th Floor, Philip Burton United States Courthouse, 450 Golden Gate Avenue, San Francisco, California; and

IT IS FURTHER ORDERED the time from April 4, 2024, through and including May 9, 2024, is excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow defense counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 4, 2024, through May 9, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  April 2, 2024

HON. ALEX G. TSE
United States Magistrate Judge