ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7200
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 23-CR-00471 WHO |
| Plaintiff, | ) STIPULATION CONTINUING HEARING AND EXCLUDING TIME FROM JULY 11, 2024 TO AUGUST 8, 2024 AND ORDER |
| v. | ) |
| KEITH LATTERI (2), | ) |
| Defendant. | ) |

STIPULATION

    The defendant, Keith Latteri, represented by Eric Nemecek, Esq., and the United States, represented by Nikhil Bhagat, Assistant United States Attorney, hereby stipulate and agree that the status conference currently scheduled on July 11, 2024 at 1:30 p.m. be continued to August 8, 2024 at 1:30 p.m.  The parties also stipulate that the Court should exclude time under the Speedy Trial Act from July 11, 2024 through and including August 8, 2024, to permit the parties the reasonable time necessary for effective preparation.

    Mr. Latteri resides in and was arrested in the Northern District of Ohio, where he had an initial appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure and was released subject to

1    certain conditions.  Initial discovery has been produced to counsel for the defendant, pursuant to a

2    protective order, and the government is in the process of producing additional discovery to counsel for

3    the defendant. Counsel for the defendant is in the process of reviewing discovery with the defendant,

4    subject to the restrictions of the protective order.  The parties are in active discussions about a pretrial

5    resolution and anticipate that the defendant's next appearance in this District will be for a change of

6    plea. Although the parties have an agreement in principle, counsel for the government and counsel for

7    the defendant are still negotiating the details of a written agreement that would govern the defendant's

8    change of plea.  Additionally, counsel for the defendant is preparing for trial in another matter in Ohio.

9    That trial is set to begin on July 22, 2024 and last until approximately July 31, 2024. Thus, to provide

10   counsel for the defendant the time necessary for effective preparation and to avoid unnecessary expense

11   for a defendant who lives out of the District and who the government alleges owes restitution to victims,

12   the parties propose to continue the status conference approximately four weeks for a possible change of

13   plea on August 8, 2024.

14          In light of the foregoing, the parties hereby stipulate that Mr. Latteri's appearance be continued

15   to August 8, 2024 for a status conference and possible change of plea, and that the time from July 11,

16   2024 through and including August 8, 2024, should be excluded from the period of time within which

17   the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel for the

18   defendant sufficient time to effectively prepare, taking into account the exercise of due diligence, and

19   that the ends of justice served by granting the request outweigh the best interest of the public and the

20   defendant in a speedy trial.

21                                                      Respectfully submitted,

22                                                      ISMAIL J. RAMSEY
                                                        United States Attorney
23

24   Dated: July 8, 2024                                _____/s/_____

                                                        NIKHIL BHAGAT
25                                                      Assistant United States Attorney

26

27   Dated: July 8, 2024                                _____/s/_____

                                                        ERIC NEMECEK
28                                                      Counsel for Keith Latteri

STIPULATION CON'T HRG. & EXLCUDING TIME AND [PROPOSED] ORDER
23-CR-00471 WHO

1

2

## ORDER

3

Pursuant to the parties' stipulation, and for good cause shown,

4

IT IS HEREBY ORDERED that the status conference currently scheduled for July 11, 2024 at

5

1:30 p.m. is continued to August 8, 2024 at 1:30 p.m. for a status conference and possible change of

6

plea;

7

IT IS FURTHER ORDERED the time from July 11, 2024 through and including August 8, 2024,

8

is excluded from the period of time within which the defendant's trial must commence pursuant to the

9

Speedy Trial Act in order to allow defense counsel sufficient time to effectively prepare, taking into

10

account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the

11

ends of justice served by excluding the time from July 11, 2024, through August 8, 2024, from

12

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

13

speedy trial.

14

IT IS SO ORDERED.

15

16

DATED:July 9, 2024

_____

HON. WILLIAM H. ORRICK
Senior United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CON'T HRG. & EXLCUDING TIME AND [PROPOSED] ORDER
23-CR-00471 WHO