# EXHIBITS TO GOVERNMENT'S SENTENCING MEMORANDUM

# U.S. V. LATTERI CR 23-471 WHO