# EXHIBIT A

# Affidavit of Special Agent Brian Walsh

# FILED UNDER SEAL