MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting Pursuant to 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 23-471 WHO |
| Plaintiff, | **SUPPLEMENT TO GOVERNMENT'S SENTENCING MEMORANDUM** |
| v. | |
| KEITH LATTERI, | |
| Defendant. | |

On April 29, 2025, the defendant submitted, under seal, a supplement to his memorandum in support of sentencing containing two letters of support.

To aid the Court in its determination of a sentence sufficient but not greater than necessary to meet the purposes set forth in the sentencing statute, 18 U.S.C. § 3553(a), and mindful of the statutory command that no limits are to be imposed on the information the Court should consider at sentencing, 18 U.S.C. § 3661, the United States hereby submits the attached document.

The attachment is a redacted version of an FBI FD-302 report documenting an interview with the author of Exhibit A to the Supplement to the Defendant's Memorandum. In the interview, the author details the defendant's pattern of harassment against him, his current and former romantic partners, and

his family.  This harassment included threatening text messages, taking over the author's social media accounts, publicly posting personally identifiable information, including social security numbers, on his website ("doxing"), attempts to shut off utilities at the author's mother's house, and sending hundreds of threatening text messages ("text bombing") to various recipients.

DATED: April 30, 2025                                  Respectfully submitted,

MARTHA BOERSCH
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

*/s/ Nikhil Bhagat*
NIKHIL BHAGAT
Assistant United States Attorney