IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23-CR-00471 WHO |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM H. ORRICK |
| -vs- | ) | |
| | ) | |
| KEITH LATTERI, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **BUREAU OF PRISONS** |
| | ) | **DESIGNATION REQUEST** |
| Defendant. | ) | |
| | ) | |

NOW comes the Defendant, Keith Latteri, by and through undersigned counsel, Friedman, Nemecek, Long & Grant, L.L.C., and hereby respectfully asks this Honorable Court to submit a request to the Bureau of Prisons that Mr. Latteri be designated to FPC Yankton or FPC Montgomery. The undersigned maintains that both facilities are minimal security and offer substance abuse treatment.

Respectfully submitted,

/S/ *Eric C. Nemecek*
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman, Nemecek, Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was filed by CM/ECF on this 5th day of May, 2025, which will send a notification of such filing electronically to the following: Nikhil Bhagat, Assistant United States Attorney for the Northern District of California.

/S/ *Eric C. Nemecek*
ERIC C. NEMECEK
Counsel for Defendant