IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23-CR-00471 WHO |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE WILLIAM H. ORRICK |
| vs. | ) | |
| | ) | |
| KEITH LATTERI (2), | ) | **UNOPPOSED MOTION TO EXTEND** |
| | ) | **REPORT AND/OR SELF-SURRENDER** |
| | ) | **DATE** |
| Defendant. | ) | |
| | ) | |

  Now comes, Keith Latteri, by and through undersigned counsel, Friedman, Nemecek, Long & Grant, L.L.C., and hereby respectfully moves this Court to extend the reporting and/or self-surrender date, which is currently set to expire on July 1, 2025. Specifically, Mr. Latteri requests that the deadline be extended until August 1, 2025. In support thereof, Mr. Latteri avers as follows:

  1. On May 1, 2025, Mr. Latteri appeared before this Honorable Court for purposes of sentencing. After considering all of the information presented as well as the relevant factors set forth in 18 U.S.C. 3553(a), the Court sentenced Mr. Latteri to serve thirty-six (36) months in federal prison. (Doc. #106). The Court continued Mr. Latteri's bond and ordered Mr. Latteri to self-surrender (i.e., report) on or before July 1, 2025. (Doc. #106).

  2. On May 5, 2025, the undersigned filed a Motion asking the Court to submit a request to the Bureau of Prisons ("BOP") designating Mr. Latteri to either FPC Yankton or FPC Montgomery. (Doc. # 107). The Court granted said request by way of Entry on May 8, 2025. (Doc. #108).

  3. As the Court is aware, Mr. Latteri is self-employed. He owns and operates a

business providing IT support and online marketing services to various individuals and companies.

4.      Since the sentencing hearing, Mr. Latteri has undertaken efforts to make accommodations for his clients as well as the continued operation of the business during his impending term of incarceration. To that end, he has hired an individual to assume responsibility for operating his business and continuing to service its existing clients. At the present time, he is in the process of filing the necessary paperwork with the State of Ohio as well as financial institutions.

5.      The process of facilitating this transition (*e.g.*, onboarding clients; training the new employee; filing paperwork with the State and financial institutions; notifying existing clients; etc.) is taking longer than initially anticipated. Likewise, Mr. Latteri has experienced some medical issues over the past few weeks which have further hindered his ability to complete the necessary tasks.

6.      Mr. Latteri has also decided to relocate to New Jerson upon his release from prison in order to be closer to his family. He has extended his lease through July with the full intention of remaining in Ohio until he is required to report/surrender to the BOP. However, he would prefer to transport his personal belongings to New Jersey prior to surrendering in order to avoid any issues upon his release.

7.      Additionally, Mr. Latteri has not received any designation letter from the BOP. In discussing this issue with his assigned Pretrial Services Officer, Mr. Latteri was informed that he should receive a designation letter approximately three (3) to four (4) weeks prior to his scheduled report date.

8.      It is respectfully submitted that Mr. Latteri will be unable to complete the necessary tasks attendant to his work and relocation prior to the current report deadline. Moreover, he is still

waiting on a designation letter from the BOP.

9. Based upon the foregoing facts and circumstances, Mr. Latteri respectfully requests that this Honorable Court extend his current report deadline until August 1, 2025. Mr. Latter has advised the undersigned that all necessary tasks can – and will – be completed by that time. Likewise, said extension will also allow additional time for the BOP to make its formal decision regarding his designation and notify him of the same prior to the report date.

10. Importantly, Mr. Latteri has abided by all terms and conditions imposed by this Honorable Court relative to his Pre-Trial release throughout the pendency of this matter. He has surrendered his passport, appeared at all required Court proceedings and maintained routine contact with both the undersigned and the Pretrial Services Office in the Northern District of Ohio. He has continued to work and is currently in the process of making arrangements for the continued operation of his business during his term of incarceration. Based upon his continued compliance with said conditions as well as his strong ties to the local community, there is no reason to believe that Mr. Latteri poses a danger to the community or a risk of absconding should this Honorable Court grant the requested extension.

11. The instant request has been discussed with Assistant United States Attorney Nikhil Bhagat, who indicated that he does not have any objection to extending Mr. Latteri's report date until August 1, 2025.

**WHEREFORE**, the Defendant, Keith Latteri, hereby respectfully requests that the Court extend his report date until August 1, 2025.

                                              Respectfully submitted,

Dated: June 20, 2025                      */S/ Eric C. Nemecek*
                                            ERIC C. NEMECEK (0083195)
                                            Counsel for Defendant
                                            Friedman, Nemecek, Long & Grant, L.L.C.
                                            1360 East 9th Street, Suite 650
                                            Cleveland, Ohio 44114
                                            P: (216) 928-7700
                                            F: (216) 820-4659
                                            E: ecn@fanlegal.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion was filed by CM/ECF on the 20th day of June, 2025, which will send a notification of such filing electronically to the following: Nikhil Bhagat, Assistant United States Attorney for the Northern District of California.

                                                  Respectfully submitted,

                                                  */S/ Eric Nemecek*
                                                  ERIC C. NEMECEK
                                                  Counsel for Defendant