# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 23-CR-00471 WHO |
| ) | |
| Plaintiff,   ) | |
| ) | JUDGE WILLIAM H. ORRICK |
| vs.   ) | |
| ) | |
| KEITH LATTERI (2),   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**ORDER**

Upon Motion of Defendant, Keith Latteri, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that his June 20, 2025, Unopposed Motion to Extend his Report and/or Self-Surrender Date is **GRANTED**. Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at or before 2:00 p.m. on August 1, 2025.

June 20, 2025  
DATE

JUDGE WILLIAM H. ORRICK

1