CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEITH LATTERI,<br><br>    Defendant. | CASE NO. CR 23-471 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RESTITUTION** |

The United States and defendant Keith Latteri ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1. On September 5, 2024, defendant Keith Latteri pleaded guilty to Count Two of the Indictment in the above-captioned matter. ECF No. 58.

2. On May 1, 2025, the Court sentenced Defendant to 36 months in prison, three years of supervised release, and a $100 special assessment. ECF No. 106. At sentencing, the Court deferred the issue of restitution and set a restitution hearing for July 17, 2025. *Id.*

3. The defendant, who resides outside of this District, is scheduled to surrender to the Bureau of Prisons on or before August 1, 2025. ECF No. 113.

4. Restitution is mandatory to victims of fraud pursuant to the Mandatory Victims'

Restitution Act, 18 U.S.C. § 3663A (MVRA).  The law provides that a court "shall order . . . restitution" and that this restitution order "shall order restitution to each victim" through the appropriate court mechanism "in the full amount of the victim's losses as determined by the court and without consideration of the economic circumstances of the defendant."  18 U.S.C. § 3664(f)(1)(A).

5. To conserve judicial resources, to bring about a speedy resolution of this matter, and to avoid further litigation, the parties stipulate that the Court, upon approval of this Stipulation, should enter an Amended Judgment to order restitution to the individuals and/or entities in the amounts as set forth below:

   a. $3,827,835.66 to the victim identified in the Indictment as COMPANY B (this amount to be joint and several with co-defendant Noah Roskin-Frazee).

The parties stipulate that the above entity qualifies as a "victim" under the MVRA and that the United States will furnish the Clerk's Office with the payee name and physical address information for each individual and/or entity.

6. The parties agree that the full amount of special assessment, fine, any forfeiture money judgment and restitution is due immediately in accordance with 18 U.S.C. § 3572(d) and in accordance with the parties' plea agreement.

7. The parties further agree to the following payment schedule:

   a. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program.

   b. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $150 or at least five percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

8. Notwithstanding any payment schedule set by the Court, the United States may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m).  The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

STIPULATION AND ORDER RE: RESTITUTION
CR 23-471 WHO

SO STIPULATED.

DATED: 7/16/2025

CRAIG H. MISSAKIAN
United States Attorney

　/s/
NIKHIL BHAGAT
Assistant United States Attorney

DATED: 7/16/2025

　/s/
ERIC C. NEMECEK
Attorney for Defendant Keith Latteri

STIPULATION AND ORDER RE: RESTITUTION
CR 23-471 WHO

**[PROPOSED] ORDER**

Keith Latteri will pay a total of $3,827,836.66 in restitution, in the amounts specified to the individuals and/or entities specified as follows:

    a. $3,827,835.66 in total to the company identified in the Indictment as COMPANY B ($3,827,835.66 joint and several with Noah Roskin-Frazee)

The above individuals/entities qualify as victims pursuant to 18 U.S.C. §§ 3663A.

The full amount of special assessment, fine, and restitution is due immediately. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $150 or at least 5% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

Notwithstanding any payment schedule set by the court, the United States may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The criminal monetary penalty payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

An Amended Judgment shall issue reflecting the restitution-related orders above. The restitution hearing set for July 17, 2025 is hereby vacated.

IT IS SO ORDERED.

DATE: _____

                                                HON. WILLIAM H. ORRICK
                                                SENIOR U.S. DISTRICT JUDGE