CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

>   450 Golden Gate Avenue, Box 36055
>   San Francisco, California 94102-3495
>   Telephone: (415) 436-7193
>   FAX: (415) 436-6982
>   nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 23-471 WHO |
|---|---|
| Plaintiff, | ) **DECLARATION OF NIKHIL BHAGAT IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S SECOND REQUEST TO EXTEND SELF-SURRENDER DATE** |
| v. | |
| KEITH LATTERI, | |
| Defendant. | |

I, Nikhil Bhagat, hereby declare the following:

1. I am an Assistant United States Attorney for the Northern District of California and am assigned to prosecute the above-captioned matter.

2. On July 21, 2025, and July 22, 2025, I corresponded with an attorney in the Federal Bureau of Prisons' Office of General Counsel. The information in this declaration is based on that correspondence.

3. According to Bureau of Prisons records, the defendant has been designated to the Federal Medical Center Lexington.

4. That designation was made on June 3, 2025.

5. This declaration does not contain all of the information that I know about the above-

BHAGAT DECL.                                    1
CR 23-471 WHO

1  captioned matter but only that which I believe is necessary to support the United States' Opposition to
2  the Defendant's Second Request to Extend Self-Surrender Date.
3      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
4  correct.
5      Executed this 22nd day of July, 2025 at San Francisco, California.

7                              /s/ Nikhil Bhagat
                              NIKHIL BHAGAT