UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>KEITH LATTERI,<br>　　　　　Defendant. | Case No. 23-cr-00471-WHO<br><br>**ORDER DENYING FURTHER EXTENSION OF REPORTING DATE**<br><br>Re: Dkt. No. 117 |
|---|---|

Defendant Keith Latteri has filed a second request to extend his reporting date to the Bureau of Prisons for an additional period of thirty days. That request is DENIED. His reporting deadline remains August 1, 2025. He knows where to report. The 90 days since his sentencing has been more than sufficient to tie up loose ends prior to incarceration.

**IT IS SO ORDERED.**

Dated: July 23, 2025



William H. Orrick
United States District Judge