Keith Catteri #95290-510
FMC Lexington
Federal Medical Center
PO Box 14500
Lexington, KY 40512

RECEIVED
OCT 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: 23-CR-471 / USA v. Keith Catteri (2)

To the Clerk of this honorable Court:

At your earliest convenience, please produce and forward the following documents as to Keith Catteri (2):

- ECF Docket Sheet / Docket Summary
- Amended Judgment in A Criminal Case (filed Aug 2025).

If there are any costs for the production & mailing of these documents, please follow up via US Mail. All documents can be forwarded to my BOP address above.

Respectfully Submitted,

Keith Catteri

Keith Latteri
95290-510
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

LOUISVILLE KY
30 SEP 2025 PM 4 L
1775

⇔95290-510⇔
Clerk Us District Court
Clerk of Court
450 Golden GATE AVE
SAN Francisco, CA 94102
United States





RECEIVED
OCT 3 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA